**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 99-6282**

─────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

SIMON CHOW,

Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-94-219-A)

─────────

Submitted: June 29, 1999          Decided: July 16, 1999

─────────

Before WILLIAMS and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Simon Chow, Appellant Pro Se. William Neil Hammerstrom, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Simon Chow appeals the district court's order denying his motion to correct the judgment of conviction filed under Fed. R. Crim. P. 36 and Fed. R. Civ. P. 60(a). We have reviewed the record and the district court's order and find no reversible error. In his motion, Chow is actually challenging the sufficiency of the evidence. Because he had the opportunity to raise this claim in his 28 U.S.C.A. § 2255 (West Supp. 1999) motion, the district court properly declined to address it at this juncture. Accordingly, we affirm the denial of the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2